

# Fourth Court of Appeals
## San Antonio, Texas

June 19, 2019

No. 04-19-00336-CV

**IN RE** Eduardo "Eddie" **RAMIREZ** and Basilio Villarreal

Original Mandamus Proceeding[1]

**ORDER**

On May 22, 2019, relators filed a petition for writ of mandamus. After considering the issues raised in the petition, this court concludes relators are not entitled to the relief sought. Accordingly, we GRANT the motion to dismiss filed by the real parties in interest and we DISMISS relators' petition for writ of mandamus AS MOOT.

It is so **ORDERED** on June 19, 2019.

Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of June, 2019.

Keith E. Hottle, Clerk of Court

---

[1] This proceeding arises out of Cause No. DS-19-222, styled *Eduardo "Eddie" Ramirez and Basilio Villarreal v. Leticia O. Lopez, et al.*, pending in the 229th Judicial District Court, Starr County, Texas, the Honorable Carlos Valdez presiding.